E. Bryan Wilson, Tallahassee, FL, Tiffany Hope Sims, Pensacola, FL, for Plaintiff–Appellee.

Before DUBINA, CARNES and BARKETT, Circuit Judges.

PER CURIAM:

Eugene Jerome Smith appeals his sentence of 300–months' imprisonment for one count of conspiracy to distribute and possess with intent to distribute less than 500 grams of cocaine, in violation of 21 U.S.C. §§ 846 and 841(b)(1)(A)(ii), and 2 counts of possession with intent to distribute cocaine, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(B)(ii). Smith argues that the district court failed to impose a reasonable sentence, and challenges the district court's consideration of alternative sentences.

In this case, under our precedent, the district court correctly calculated the guideline range, understood that the guidelines were advisory, considered the factors set forth in 18 U.S.C. § 3553(a) as well as Smith's arguments, and ultimately imposed a sentence at the low end of the applicable guideline range.[1] Accordingly, we cannot conclude that his sentence was unreasonable. *United States v. Talley*, 431 F.3d 784, 785 (11th Cir.2005).

**AFFIRMED.**

Basil E. **DALACK**, Plaintiff–Appellant,

v.

**VILLAGE OF TEQUESTA, FLORIDA,** Defendant–Appellee.

No. 06–13173.

United States Court of Appeals, Eleventh Circuit.

April 25, 2007.

Richard Brian Rosenthal, The Law Offices of Richard B. Rosenthal, P.A., Miami, FL, for Plaintiff–Appellant.

Edward G. Guedes, Greenberg Traurig, P.A., Miami, FL, for Defendant–Appellee.

Before BIRCH and FAY, Circuit Judges, and DUFFEY,* District Judge.

PER CURIAM:

The summary judgment entered in favor of the Village of Tequesta, Florida is affirmed for the reasons set forth in the opinion of the district court published at *Dalack v. Village of Tequesta, Florida*, 434 F.Supp.2d 1336 (S.D.Fla. 2006).

**AFFIRMED.**